UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SAMUEL HEARST,
on behalf of himself and all
others similarly situated,

    Plaintiff

                                          Civil Case No. 1:17-CV-2946-SCJ

v.

DELI MANAGEMENT, INC., d/b/a
"JASON'S DELI"

    Defendant
_____/

## ORDER GRANTING AMENDED JOINT MOTION FOR STIPULATED JUDGMENT APPROVING FLSA SETTLEMENT AGREEMENT

    This matter is before the Court on the Parties Amended Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement. The Court having reviewed the Motion and being fully advised of its premises,

    **IT IS HEREBY ORDERED** that the Amended Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement is **GRANTED**.

    SO ORDERED this 20th day of July, 2018

                                            s/Steve C. Jones
                                            Honorable Steve C. Jones
                                            United States District Judge